IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-457-AP**

**ALFRED DURAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Joint Stipulation to Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #21), filed September 17, 2012, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,000.00**.

Dated at Denver, Colorado, this 20th day of September, 2012.

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT